**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

JOSE QUEZADA, *on behalf of himself and all others similarly situated*,

         Plaintiff,

  -against-

SENSUALLY YOURS, INC.,

         Defendant.

------------------------------------- x

ORDER

20 Civ. 10701 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: APR 01 2021

GEORGE B. DANIELS, United States District Judge:

The initial conference is adjourned from April 7, 2021 to May 26, 2021 at 9:30 a.m.

Dated: New York, New York
   April 1, 2021

SO ORDERED.

*[signature: George B. Daniels]*

GEORGE B. DANIELS
United States District Judge