UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOSE QUEZADA, *on behalf of himself and all others similarly situated*,

                           Plaintiff,

-against-

SENSUALLY YOURS, INC.,

                           Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 5 2021

ORDER

20 Civ. 10701 (GBD)

GEORGE B. DANIELS, United States District Judge:

       This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

       The May 26, 2021 conference is canceled.

Dated: New York, New York
       April 5, 2021

                                      SO ORDERED.

                                      */s/ George B. Daniels*
                                      GEORGE B. DANIELS
                                      United States District Judge