**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOSE QUEZADA, on behalf of himself and all others similarly situated,
           Plaintiffs,

-against-

SENSUALLY YOURS, INC.
           Defendant.

Case No. 1:20-cv-10701
**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

       **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Queens, New York
           May 13, 2021

SO ORDERED:
/s/ George B. Daniels
George B. Daniels, U.S.D.J.
Dated: MAY 18 2021

Respectfully submitted,

*By: /s/ Mars Khaimov*
Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com
*Attorneys for Plaintiff*